AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

C AND E, INC, individually and on behalf of all persons or entities similarly situated,

Plaintiff,

v.

FRIEDMAN'S JEWLERS, INC. and FRIEDMAN'S, INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV107-122

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of January 4, 2008, GRANTING Plaintiff's motion to remand, DENYING Plaintiff's request for an award of attorneys' fees. All other pending motions in the case are DENIED AS MOOT. This case stands REMANDED to the Superior Court of Richmond County.

01/04/08
Date

Scott L. Poff
Clerk

*Jara H. Button*
(By) Deputy Clerk

GAS Rev 10/1/03